IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HEBERT,  :  <br>     Plaintiff, : <br>    : <br> v.    : <br>    : <br> SPRING-FORD AREA  : <br> SCHOOL DISTRICT, *et al.*, : <br>     Defendants. : | CIVIL ACTION NO. 25-CV-7140 |

## ORDER

AND NOW, this 5th day of January, 2026, upon consideration of Plaintiff John Hebert's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the following claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii): the failure to hire claim based on Hebert's application for the Support Technician position; the hostile work environment and retaliation claims; any individual liability claims brought under the Pennsylvania Human Relations Act.

4. For the reasons stated in the Court's Memorandum, the ADEA claims asserted against Robert Catalano and Sandra Bernat are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The Clerk of Court is **DIRECTED** to send Hebert a blank copy of the Court's form complaint to be used by a self-represented litigant filing an employment discrimination

action bearing the above civil action number.  Hebert may use this form to file an amended complaint if he chooses to do so.

6.Hebert may file an amended complaint within thirty (30) days of the date of this Order if he can allege additional facts regarding the claims that were dismissed without prejudice.  **If Hebert files an amended complaint, his amended complaint must be a complete document that includes the factual basis for each of his claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims.  This means that if Hebert files an amended complaint, he must reallege the failure to hire claims based on his applications for the Technology Support positions that were not dismissed, including all supporting factual allegations, or those claims will be deemed to have been abandoned. Claims that are not included in the amended complaint will not be considered part of this case because the amended complaint becomes the pleading upon which the case will proceed.**  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Hebert's claims against each defendant.  When drafting his amended complaint, Hebert should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

7.If Hebert does not file an amended complaint, the Court will direct service of his initial Complaint on Defendant Spring-Ford Area School District only, and only as it pertains to the failure to hire claims based on the applications for the two Technology Support positions. Hebert may also notify the Court that he seeks to proceed on the failure to hire claims based on the applications for the two Technology Support positions, rather than file an amended

complaint.  If he files such a notice, Hebert is reminded to include the case number for this case, 25-7140.

       8.       The Motion to Appoint Counsel (ECF No. 3) is **DENIED** without prejudice as premature.

       9.       The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

       **BY THE COURT:**

**HON. MIA R. PEREZ**